No. 81–6621.   ANDERSON *v.* WASHINGTON.   Sup. Ct. Wash.   Certiorari denied.

No. 81–6628.   FLENORY *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 81–6636.   WILLIAMS *v.* BRADLEY ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 81–6639.   MARSHALL *v.* COOMBE, SUPERINTENDENT, EASTERN NEW YORK CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir.   Certiorari denied.

No. 81–6659.   TAYLOR *v.* UNITED STATES; and
No. 81–6899.   SIMMONS *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.   Reported below: 685 F. 2d 426.

No. 81–6669.   FRIAS ET AL. *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 81–6674.   MORGAN *v.* WYRICK, WARDEN.   C. A. 8th Cir.   Certiorari denied.

No. 81–6681.   ADDICKS *v.* CUPP, SUPERINTENDENT, OREGON STATE PENITENTIARY.   Ct. App. Ore.   Certiorari denied.

No. 81–6683.   TAVASSOLI ET AL. *v.* UNITED STATES. C. A. 9th Cir.   Certiorari denied.

No. 81–6687.   RENFRO *v.* WASHINGTON.   Sup. Ct. Wash. Certiorari denied.

No. 81–6689.   STURM *v.* UNITED STATES.   C. A. 3d Cir. Certiorari denied.